IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HAL R. LEWIS                                                                                          PLAINTIFF

v.                                           Case No. 4:23-cv-4092

POLICE CHIEF BOYD KENNEMORE;
SERGEANT CASEY FLEMING; AND
PATROLMAN CHRISTON STEWART                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 26, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 15. Judge Bryant recommends that Defendants' Moton to Dismiss (ECF No. 11) be granted and Plaintiff's amended complaint (ECF No. 7) be dismissed with prejudice. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion to Dismiss (ECF No. 11) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. Further, Defendant's Motion to Dismiss (ECF No. 5) is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 15th day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge